IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**HERMAN H. LEFORS, JR.**                                            **PLAINTIFF**

V.                        **CASE NO. 3:20-cv-00405 JM**

**RICK ELLIOT,** *et al*.                                         **DEFENDANTS**

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. This dismissal counts as a "strike" and the Court certifies that an *in forma pauperis* appeal is considered frivolous and not in good faith.

DATED this 11th day of January, 2021.

_____
UNITED STATES DISTRICT JUDGE